## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community,

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐ (7) The defendant is placed in the custody of
Person or organization _____

Address (*only if above is an organization*) _____

City and State _____ Phone Number (only if above is an organization) _____, who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: _____   _____
         Custodian or Proxy              Date

☑ (8) The defendant must:
  ☑ (a) report to the Office of Probation and Pretrial Services to the extent and in the manner that the agency determines to be appropriate.
    ☐ Administrative Supervision
  ☐ (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
  _____

  ☐ (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum _____

  ☐ (d) execute a bail bond with solvent sureties in the amount of _____.
  ☑ (e) maintain or actively seek **employment**.
  ☐ (f) maintain or commence an **education** program.
  ☑ (g) surrender any **passport** to the Office of Probation and Pretrial Services.
  ☑ (h) obtain no **passport**.
  ☑ (i) abide by the following restrictions on **personal association, place of abode, or travel**:

  Travel only in the Western District of North Carolina or travel as approved by the Office of Probation and Pretrial Services. Have no contact with anyone involved in unlawful use, possession or trafficking of drugs or any other unlawful conduct. Missouri and Kansas. Modified by Magistrate Judge Keesler on 10/17/12 to add Nevada, Florida, South Carolina and Arizona.

  ☑ (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: co-defendants,
  _____.

  ☐ (k) undergo **medical or psychiatric treatment** or remain in an institution as follows:
  _____

  ☐ (l) return to custody each (week) day at: _____ o'clock after being released each (week) day at: _____ o'clock for employment, schooling, or the following purpose(s): _____
  ☐ (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ☑ (n) refrain from possessing a **firearm, destructive device, or other dangerous weapons**.
  ☑ (o) refrain from excessive use of alcohol.
  ☑ (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.