IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00068, 3:12-CR-00309-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHAD A. SLOAT | ) | |
| | ) | |

**THIS MATTER** is before the Court upon a bond violation report filed by the United States Probation Office. (Case No. 3:12-cr-309, Doc. No. 8). For the reasons stated below, the Court will revoke the defendant's bond and detain him pending sentencing.

Title 18, United States Code, Section § 3148 provides for revocation of a release order when a person violates the conditions of release. After a hearing on August 26, 2013, finds probable cause to believe the defendant committed state Driving While Impaired offenses on release and, based on factors 3142(g), no condition or combination of conditions will assure the defendant will not pose a danger to the safety of any other person or the community. Additionally, the Court finds the defendant is unlikely to abide by conditions of release.

**IT IS, THEREFORE, ORDERED** that the magistrate judge's release order, (3:12-cr-68, Doc. Nos. 9, and 10), is **REVOKED** and the defendant is committed to the custody of the Attorney General pending sentencing in this matter.\

**IT IS FURTHER ORDERED** that, to the extent practicable, the defendant shall be confined in a corrections facility separate from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the

1

defendant is confined shall deliver the defendant to a United States marshal for the purpose of an appearance with a court proceeding.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation office.

Signed: August 26, 2013

Robert J. Conrad, Jr.
United States District Judge