UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-68-RJC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| (3) CHAD A. SLOAT | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the government's Motion to Conduct Discovery, to which the defendant has not objected. (Doc. No. 234).

The Court previously entered a Money Judgment and Preliminary Order of Forfeiture. (Doc. No. 233). Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General to conduct discovery that a court considers proper to identify, locate, and dispose of forfeited property. Title 21, United States Code, Section 853(m), allows a court to order the deposition of any witness relating to forfeited property upon application of the United States.

**IT IS, THEREFORE, ORDERED**, for good cause shown, the government is authorized to conduct discovery, pursuant to Fed. R. Crim. P. 32.2(b)(3) and 21 U.S.C. § 853(m), to identify, locate, or dispose of property subject to forfeiture, and that such discovery may include depositions, interrogatories, requests for production of documents, and subpoenas. Disputes among the parties regarding such discovery shall be referred to a magistrate judge.

Signed: November 24, 2014

Robert J. Conrad, Jr.
United States District Judge